IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Doe,                           :

    Plaintiff,                  :

  v.                                :     Case No. 2:16-cv-625

                                         :     JUDGE ALGENON L. MARBLEY
Steubenville Police Department,     Magistrate Judge Kemp
et al.,                             :

    Defendants.                 :

### ORDER

    On December 12, 2016, State Farm Fire and Casualty Company filed a motion to intervene in this case for purposes of seeking a ruling as to coverage owed to Defendant Sandy Richey, whom it is defending under a reservation of rights, and also to participate in discovery and, if necessary, to submit jury interrogatories and instructions if the case goes to trial.  No party has opposed the motion.  The motion (Doc. 22) is therefore granted, and the Clerk is directed to detach and file the pleading attached to the motion.  Should there be a disagreement in the future as to the proper scope of State Farm's participation in the case, the Court will resolve any such issues as they arise.

                                      /s/ Terence P. Kemp
                                      United States Magistrate Judge